UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>　　　　Plaintiff[s],<br><br>　　　　v.<br><br>**[UNDER SEAL]**,<br><br>　　　　Defendant[s]. | Case No. 8:23-cv-00134 JWH (ADSx)<br><br>**ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>**[FILED CONCURRENTLY UNDER SEAL WITH NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE]** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and *ex rel.* RELATOR LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SUNSHINE, an individual, JON CHRISTY, an individual, and THE SHADY CANYON GOLF CLUB, INC., a California corporation,<br><br>Defendants. | Case No. 8:23-cv-00134 JWH (ADSx)<br><br>**ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE**<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL WITH NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiff Relator, LLC (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now **ORDERS** as follows:

1. The seal is **LIFTED** from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relator shall serve it upon the defendants.

2. This Order and the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator shall serve both upon the defendants with the Complaint.

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3).

6. If the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, then the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated: January 13, 2025

UNITED STATES DISTRICT JUDGE

3